UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>MS. TAMMY CAMPBELL,<br><br>    Defendant. | Case No. 1:25-cv-00519-CDB<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 1) |

**<u>Background</u>**

Plaintiff Stephen R. Banks, a state inmate, initiated this action with the filing of a complaint in the California Superior Court for the County of Kings, alleging, among other things, violations of his civil rights by Defendant Tammy Campbell under the Eighth Amendment of the United States Constitution.  (Doc. 1 at 8-10).

Defendant removed the action to this Court on May 2, 2025.  (Doc. 1).  In the notice of removal, Defendant requests the Court screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and grant Defendant 30 days to respond to the complaint from the date of service of the Court's order screening the complaint.  *Id.* at 3.

Defendant's request for an extension of time to respond to the complaint after service of the Court's screening order will be granted, as modified.

Plaintiff is advised that the Court's screening of the complaint will proceed in due course.  Given the extraordinary judicial resource emergency that exists in the Eastern District of California, delays are regrettable but unavoidable.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that Defendant shall have **21 days** to respond to the complaint from the date of service of the Court's forthcoming order screening the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   **May 7, 2025**

UNITED STATES MAGISTRATE JUDGE