UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. BANKS,<br>　　　　　Plaintiff,<br><br>v.<br><br>MS. TAMMY CAMPBELL,<br>　　　　　Defendant. | 1:25-cv-00519-CDB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>**PLAINTIFF STEPHEN R. BANKS,<br>CDCR #AV-2227**<br><br>DATE: June 1, 2026<br>TIME: 8:30 a.m.<br>LOCATION: CSP-COR |

**Stephen R. Banks**, inmate, CDCR #AV-2227, a necessary and material witness on his own behalf in a Settlement Conference in this case on June 1, 2026, is confined at Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before Magistrate Judge Stanley A. Boone at California State Prison – Corcoran (4001 King Avenue, Corcoran, California 93212) on June 1, 2026, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. **The custodian is ordered to notify the Court immediately if the inmate cannot be physically transported for any reason.**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Valley State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

///

///

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ, and to **notify the court immediately if the inmate cannot be physically transported for any reason**.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

