UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. BANKS,<br><br>        Plaintiff,<br><br>        v.<br><br>MS. TAMMY CAMPBELL,<br><br>        Defendant. | Case No.: 1:25-cv-00519-CDB (PC)<br><br>ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(Doc. 15) |

Plaintiff Stephen R. Banks ("Plaintiff") is proceeding pro se in this action pursuant to 42 U.S.C. § 1983. (Docs. 1, 12). On April 29, 2026, Plaintiff filed a document in which, among other things, he requests discovery from Defendant. (Doc. 15).

The Court is required to screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A prior to service of the complaint. As explained in the Court's first informational order, a pro se plaintiff may not proceed with a civil rights action until the Court screens the complaint and finds that it states a cognizable claim for relief. (Doc. 2 at 3). Because Plaintiff is a prisoner appearing pro se, his complaint is subject to screening and he may not proceed in this case until the screening is complete. 28 U.S.C. § 1915A(a).

The Court has issued the first screening order (Doc. 7) and Plaintiff has filed a first amended complaint (Doc. 12). A settlement conference is scheduled on June 1, 2026, at 8:30 a.m. in California State Prison, Corcoran, before Magistrate Judge Stanley A. Boone. (Doc. 13). Plaintiff

is advised that the scheduling of a settlement conference does not indicate that screening is complete. Plaintiff's first amended complaint will be screened in due course. Discovery has not been ordered by the Court and, as screening has not yet been completed, the appropriate defendant has not been served. The Court's first informational order advised Plaintiff that "[n]o discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (Doc. 2 at 4).

Accordingly, the Court will deny Plaintiff's motion for discovery as premature.

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that Plaintiff's motion for discovery (Doc. 15) is DENIED as premature.

Plaintiff is reminded of his obligation to provide, no later than May 25, 2026, a confidential settlement conference statement by mail to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, with attention to Magistrate Judge Stanley A. Boone. The envelope shall be marked "Confidential Settlement Statement." The confidential settlement conference statement shall not be filed with the Clerk of the Court nor served on any other party. *See* (Doc. 13 at 2-3).

IT IS SO ORDERED.

Dated:   **May 6, 2026**                     _____
UNITED STATES MAGISTRATE JUDGE