UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. BANKS,

            Plaintiff,

     v.

MS. TAMMY CAMPBELL,

            Defendant.

No.  1:25-cv-00519-CDB (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE STEPHEN R. BANKS, CDCR #AV-2227

A settlement conference in this matter commenced on June 1, 2026.  Inmate Stephen R. Banks, CDCR #AV-2227, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/1/2026

UNITED STATES MAGISTRATE JUDGE

1