UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. BANKS,<br><br>                Plaintiff,<br><br>        v.<br><br>MS. TAMMY CAMPBELL,<br><br>                Defendant. | No.  1:25-cv-00519-CDB (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On June 1, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.      All pending deadlines are VACATED; and

2.      The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **June 1, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

1